May Term, 1859.

EGGLESTON v. BARNES.

1. That the constitutional prohibition in question is one which attaches to the office, and not to the person of the incumbent.

2. That by resignation, the officer may determine the term for which he was elected.

3. That the vacancy thus created leaves no ground on which the prohibition can operate, and fully satisfies the true intent and meaning of the constitution.

\*   \*   \*   \*   \*   \*   \*   \*   \*

---

EGGLESTON and Others v. BARNES, Executor.

Saturday, June 25.

APPEAL from the *Vanderburgh* Circuit Court.

HANNA, J.—*Barnes*, as executor of *Stockwell*, brought a suit upon three promissory notes, and to foreclose a mortgage given to secure the payment thereof.

The notes were made by *Eggleston* to *Stockwell*, *Carpenter*, and *Ingle;* and the mortgage was made to *Ingle*, for the use of himself, *Carpenter*, and *Stockwell*.

It is averred that *Carpenter* and *Ingle*, upon some agreement not known to the executor, transferred the notes and mortgage to *Stockwell*, by assignment not in writing, and by delivery.

*Eggleston*, *Carpenter*, and *Ingle*, are made defendants.

There was a judgment by default, and a foreclosure of the equity of redemption, as to all the defendants.

It is now insisted that the judgment is erroneous, because there is nothing upon the record showing the assignment, and because the equity of redemption of *Carpenter* and *Ingle* was foreclosed.

As to the first point, an equitable assignment is shown, and the statute authorized the proceeding in the form adopted. The default admitted the truth of the averments, as to the assignment and delivery, &c. *Clearwater* v. *Rose*, 1 Blackf. 138.—8 Ind. R. 451.—2 R. S. p. 28. As to the other point, *Ingle* and *Carpenter* had no equity of redemption to foreclose; and as to them, the entry is a mere misprision of the clerk, without injury.

*Per Curiam.*—The judgment is affirmed with 5 per cent. damages and costs.

*C. Baker* and *O. H. Smith*, for the appellants.

*A. L. Robinson*, for the appellee.